**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-20351-CR-ALTONAGA**

**UNITED STATES OF AMERICA**

vs.

**LUIS ALBERTO CHACIN HADDAD,**

        **Defendant.**
_____/

**IN RE: REAL PROPERTY LOCATED AT**
**6935 SUNRISE COURT, CORAL GABLES, FL 33133**

_____/

**STIPULATION AND AGREEMENT REGARDING**
**<u>INTERLOCUTORY SALE OF CORAL GABLES PROPERTY</u>**

It is hereby stipulated and agreed by and between the United States of America ("United States"), the Balak Fund, Inc., a Delaware corporation ("Balak Fund"), and Luis David Chacin and Valentina Chacin, both individually and as authorized representatives of the Balak Fund, (together, the "Parties") as follows:

1. On September 19, 2019, the United States District Court for the Southern District of Florida entered a preliminary order of forfeiture and forfeiture money judgment in the amount of $5.5 million against defendant Luis Alberto Chacin Haddad in the above-captioned matter.

2. The forfeiture money judgment against defendant Luis Alberto Chacin Haddad has not yet been fully satisfied, and the United States is seeking the forfeiture of real property located at 6935 Sunrise Court, Coral Gables, FL 33133, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, ("Coral Gables property") in partial satisfaction of such judgment.

3. The Coral Gables property is titled in the name of the Balak Fund, and is more particularly described as:

> Lot 43, Block 2, Revised Plat of Sunrise Harbour, according to the map or plat thereof as recorded in Plat Book 65, Page 22, Public Records of Miami-Dade Count, Florida.
>
> Parcel ID No. 03-4129-041-0630.

4. On September 25, 2019, the United States recorded of a *Notice of Lis Pendens* at OR BK 31621, Pg. 1945, in the Official Records of Miami-Dade County, indicating that the Coral Gables property is subject to forfeiture in the above-captioned matter.

5. The United States agrees that the Balak Fund, Luis David Chacin, and Valentina Chacin may market and sell the Coral Gables property subject to the following conditions:

   a. Balak Fund, Luis David Chacin, and Valentina Chacin each represent and warrant that they and their family members are not related in any way, financially or otherwise, to any proposed buyer or any listing agent, broker, or closing agent selected to assist in the sale of the Coral Gables property. Balak Fund, Luis David Chacin, and Valentina China each represent and warrant that they and their family members will not receive any benefit in any way, financially or otherwise, from any listing agent, broker, or closing agent selected to assist in the sale of the Coral Gables property.

   b. Balak Fund, Luis David Chacin, and Valentina Chacin affirm that any sale they propose of the Coral Gables property will be at fair market value as part of an arms' length transaction, including the current proposed sale to Justin L. Shaner and Monica Shaner.

   c. The United States must have the opportunity to review the final draft of the HUD-1 settlement statement and any other requested documentation prior to the closing

date in order to approve the sale of the Coral Gables property.

  d. Upon closing, the Parties agree that only the first mortgage and closing costs approved by the United States are to be paid from the sale proceeds of the Coral Gables property.

  e. Any remaining sales proceeds, after payment of the first mortgage and closing costs that have been approved by the United States, shall be wired to the United States Marshals Service, with instructions provided by the undersigned Assistant United States Attorney.

  f. The United States agrees to release its *Notice of Lis Pendens* recorded against the Coral Gables property in order to proceed with an approved sale, including the current proposed sale to Justin L. Shaner and Monica Shaner.

  g. The Parties agree that these sale proceeds are substitute *res* subject to forfeiture in place of the sold Coral Gables property, and will be held by the United States Marshals Service until the Parties adjudicate their respective claims to such property whether through settlement or litigation.

6. Luis David Chacin and Valentina Chacin agree to provide to the United States documentation of the source of funds, which totaled approximately $2.8 million, used to acquire the Coral Gables property on or around December 2016.

7. The Parties to this Stipulation agree that jurisdiction and venue shall lie in the United States District Court for Southern District of Florida with respect to any legal action taken regarding the sale of the Coral Gables property, the net proceeds from the sale of the Coral Gables property, this Stipulation and Agreement Regarding Interlocutory Sale of Coral Gables Property ("Agreement"), and any rights, obligations, or claims involving the United States.

8. Each of the Parties shall bear its own costs, attorney's fees, and expenses.

9. Balak Fund, Luis David Chacin, and Valentina Chacin each have read and fully understand each provision of this Agreement, and have freely and voluntarily signed and entered into this Agreement.

10. This Agreement may be executed in one or more counterparts, each of which when executed and delivered shall be an original, and all of which when executed shall constitute one and the same instrument.

11. This Agreement contains the entire agreement between the Parties regarding the sale of Coral Gables property.

FOR THE UNITED STATES:

ARIANA FAJARDO ORSHAN
United States Attorney

_____    _____
Date                                            Annika M. Miranda
                                                     Assistant United States Attorney

FOR BALAK FUND, LUIS DAVID CHACIN, AND VALENTINA CHACIN:

1/23/2020
Date

_____
Luis David Chacin, individually and authorized representative and member of Balak Fund, Inc., a Delaware corporation

Jan 23, 2020
Date

_____
Valentina Chacin, individually and authorized representative and member of Balak Fund, Inc., a Delaware corporation

_____    _____
Date                                            David Smith, Esq., counsel for
                                                     Balak Fund, Inc., a Delaware corporation,
                                                     Luis David Chacin, and Valentina Chacin

4

8. Each of the Parties shall bear its own costs, attorney's fees, and expenses.

9. Balak Fund, Luis David Chacin, and Valentina Chacin each have read and fully understand each provision of this Agreement, and have freely and voluntarily signed and entered into this Agreement.

10. This Agreement may be executed in one or more counterparts, each of which when executed and delivered shall be an original, and all of which when executed shall constitute one and the same instrument.

11. This Agreement contains the entire agreement between the Parties regarding the sale of Coral Gables property.

FOR THE UNITED STATES:

ARIANA FAJARDO ORSHAN
United States Attorney

_____      _____
Date                                              Annika M. Miranda
                                                       Assistant United States Attorney

FOR BALAK FUND, LUIS DAVID CHACIN, AND VALENTINA CHACIN:

_____      _____
Date                                              Luis David Chacin, individually and authorized
                                                       representative and member of Balak Fund, Inc., a Delaware
                                                       corporation

_____      _____
Date                                              Valentina Chacin, individually and authorized
                                                       representative and member of Balak Fund, Inc., a Delaware
                                                       corporation

1/23/20                               *David Smith* (signature)
_____      _____
Date                                              David Smith, Esq., counsel for
                                                       Balak Fund, Inc., a Delaware corporation,
                                                       Luis David Chacin, and Valentina Chacin

4

8. Each of the Parties shall bear its own costs, attorney's fees, and expenses.

9. Balak Fund, Luis David Chacin, and Valentina Chacin each have read and fully understand each provision of this Agreement, and have freely and voluntarily signed and entered into this Agreement.

10. This Agreement may be executed in one or more counterparts, each of which when executed and delivered shall be an original, and all of which when executed shall constitute one and the same instrument.

11. This Agreement contains the entire agreement between the Parties regarding the sale of Coral Gables property.

FOR THE UNITED STATES:

ARIANA FAJARDO ORSHAN
United States Attorney

January 24, 2020
Date

*[signature]*
Annika M. Miranda
Assistant United States Attorney

FOR BALAK FUND, LUIS DAVID CHACIN, AND VALENTINA CHACIN:

_____          _____
Date                            Luis David Chacin, individually and authorized
                                representative and member of Balak Fund, Inc., a Delaware
                                corporation

_____          _____
Date                            Valentina Chacin, individually and authorized
                                representative and member of Balak Fund, Inc., a Delaware
                                corporation

_____          _____
Date                            David Smith, Esq., counsel for
                                Balak Fund, Inc., a Delaware corporation,
                                Luis David Chacin, and Valentina Chacin

4